# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

Rehearing No. 551

133396

FORD MOTOR COMPANY,
        Petitioner-Appellee,

v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Respondents-Appellees,
and

CITY OF DEARBORN,
        Intervening Respondent-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133396
COA: 262500
Wayne CC: 04-430612-AA,
  04-430613-AA, 04-430614-AA


      On order of the Court, the motions for rehearing are considered, and they are DENIED.

      WEAVER, CORRIGAN, and MARKMAN, JJ., would grant rehearing and affirm the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

0923

_____
Clerk